1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  C.L.V., | Case No.:  25-cv-2795-JO-AHG |
| 12                          Petitioner, | **ORDER GRANTING PETITIONER'S** |
| 13  v. | **HABEAS PETITION [DKT. 1]** |
| 14  CHRISTOPHER J. LAROSE; U.S. | |
| 15  DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND | |
| 16  CUSTOMS ENFORCEMENT; KRISTI NOEM; TODD LYONS; PATRICK | |
| 17  DIVVER, | |
| 18                          Respondents. | |
| 19 | |

20        Petitioner C.L.V. ("Petitioner") filed a petition for writ of habeas corpus.  Dkt. 1.

21  For the reasons stated on the record, the Court ORDERS as follows:

22        (1) The Court GRANTS Petitioner's habeas petition [Dkt. 1] on the second claim

23             for relief, brought under the Fifth Amendment Due Process Clause.

24        (2) Respondents are ORDERED to release Petitioner by 12 p.m. on October 31,

25             2025, and to file an affidavit attesting to Petitioner's release by 5 p.m. on

26             November 3, 2025.

27        (3) Respondents are ENJOINED from redetaining Petitioner without a pre-

28

deprivation hearing before an immigration judge where the Government bears the burden of proving that circumstances have materially changed, rendering Petitioner a danger to the community or a flight risk.

(4) Respondents shall file a written declaration attesting to full compliance with these obligations.  Respondents are ENJOINED from redetaining Petitioner until 48 hours **after** filing the written declaration.

**IT IS SO ORDERED.**

Date: October 30, 2025

_____

Honorable Jinsook Ohta
United States District Judge